BEFORE THE SECOND DIVISION, OCTOBER 20, 1964

**No. 68834.**—Majestic Shipping & Forwarding Co. *v.* United States, protest 192062–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of various types of meters the classification of which is controlled by the principles set forth in *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiff was sustained.